**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lisa Ann Tracy |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Vermont (State) |
| Case number | 19-10355-CAB |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-1

**Court claim no.** (if known): 2-2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX0129

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $1,470.17

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 319.59   **New escrow payment:** $ 501.81

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** ___ %   **New interest rate:** ___ %

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

Debtor 1   **Lisa Ann Tracy**     Case number *(if known)* 19-10355-CAB
First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Dane Exnowski      Date   09/24/2020
     Signature

Print:   Dane     Exnowski     Title   Authorized Agent for Creditor
    First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
    Number   Street
    Roswell     GA     30076
    City     State     ZIP Code

Contact phone   562-661-5060      Email   Dane.Exnowski@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-10355-CAB |
| Lisa Ann Tracy | Chapter: 13 |
|  | Judge: Colleen A. Brown |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lisa Ann Tracy
20 Smith Farm Rd
Chittenden, VT 05737

Rebecca A Rice                              *(served via ECF Notification)*
128 Merchants Row
Rutland, VT 05701-3274

Jan M. Sensenich, Trustee                   *(served via ECF Notification)*
P.O. Box 1326
Norwich, VT 05055

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   9/24/2020        By:   */s/Dane Exnowski*
                  (date)              Dane Exnowski
                                      Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

TOM TRACY
20 Smith Farm Rd
North Chittenden VT  05763

Analysis Date: August 31, 2020
Loan: ▇▇▇▇0129

Property Address:
20 Smith Farm
Chittenden, VT  05763

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 | Prior Esc Pmt | August 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $762 20 | $968 36** | P & I Pmt: | $968 36 | Due Date: | January 01, 2018 |
| Escrow Pmt: | $0 00 | $501 81 | Escrow Pmt: | $319 59 | Escrow Balance: | $2,996.64 |
| Other Funds Pmt: | $0 00 | $0.00 | Other Funds Pmt: | $0 00 | Anticipated Pmts to Escrow: | $4,474 26 |
| Asst. Pmt (-): | $0 00 | $0.00 | Asst. Pmt (-): | $0 00 | Anticipated Pmts from Escrow (-): | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 | Resrv Acct Pmt: | $0 00 | | |
| Total Payment: | $762 20 | $1,470.17 | Total Payment: | $1,287 95 | Anticipated Escrow Balance: | $7,470 90 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $6,021.69 |
| Required Cushion | $501.81 |
| Required Starting Balance | $1,003.59 |
| Escrow Shortage | $0.00 |
| Surplus | $6467.31 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 501.81. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,003.62 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Oct 2019 to Oct 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 319 57 | (17,110.19) |
| Oct 2019 | 319.59 | | | | * | | 639.16 | (17,110.19) |
| Nov 2019 | 319.59 | | | | * | | 958.75 | (17,110.19) |
| Nov 2019 | | 319.59 | | | * | Escrow Only Payment | 958.75 | (16,790.60) |
| Dec 2019 | 319.59 | | | | * | | 1,278 34 | (16,790.60) |
| Jan 2020 | 319.59 | 502.57 | | | * | | 1,597 93 | (16,288 03) |
| Feb 2020 | 319.59 | 639.18 | | | * | | 1,917 52 | (15,648 85) |
| Mar 2020 | 319.59 | 319.59 | | | | | 2,237.11 | (15,329 26) |
| Apr 2020 | 319.59 | | | | * | | 2,556.70 | (15,329 26) |
| May 2020 | 319.59 | | | | * | | 2,876 29 | (15,329 26) |
| Jun 2020 | 319.59 | | | | * | | 3,195 88 | (15,329 26) |
| Jul 2020 | 319.59 | 639.18 | | | * | | 3,515.47 | (14,690 08) |
| Aug 2020 | 319.59 | | | | * | | 3,835 06 | (14,690 08) |
| Aug 2020 | | | | 2,364.00 | * | Hazard | 3,835 06 | (17,054 08) |
| Sep 2020 | 319.59 | 319.59 | 1,549.06 | 2,108.63 | * | Town Tax | 2,605 59 | (18,843.12) |
| Sep 2020 | | | 2,286.00 | | * | Hazard | 319 59 | (18,843.12) |
| | | | | | | Anticipated Transactions | 319 59 | (18,843.12) |
| Oct 2020 | | 4,474.26 P | | | | | | (14,368 86) |
| | $3,835.08 | $7,213.96 | $3,835.06 | $4,472.63 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

| | | | Analysis Date: | | August 31, 2020 |
| | | | Loan: ▮0129 | | |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 7,470.90 | 1,003.59 |
| Nov 2020 | 501.81 | | | 7,972.71 | 1,505.40 |
| Dec 2020 | 501.81 | | | 8,474.52 | 2,007.21 |
| Jan 2021 | 501.81 | | | 8,976.33 | 2,509.02 |
| Feb 2021 | 501.81 | 1,549.06 | Town Tax | 7,929.08 | 1,461.77 |
| Mar 2021 | 501.81 | | | 8,430.89 | 1,963.58 |
| Apr 2021 | 501.81 | | | 8,932.70 | 2,465.39 |
| May 2021 | 501.81 | | | 9,434.51 | 2,967.20 |
| Jun 2021 | 501.81 | | | 9,936.32 | 3,469.01 |
| Jul 2021 | 501.81 | | | 10,438.13 | 3,970.82 |
| Aug 2021 | 501.81 | | | 10,939 94 | 4,472.63 |
| Sep 2021 | 501.81 | 2,108.63 | Town Tax | 9,333.12 | 2,865.81 |
| Sep 2021 | | 2,364.00 | Hazard | 6,969.12 | 501.81 |
| Oct 2021 | 501.81 | | | 7,470.93 | 1,003.62 |
| | $6,021.72 | $6,021.69 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 7,470 90. Your starting balance (escrow balance required) according to this analysis should be $1,003 59. This means you have a surplus of 6,467 31. This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account. it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 6,021.69. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $501 81 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $0 00 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $501 81 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**